# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH ROZWOOD, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>  vs.<br><br>ADP, INC.,<br><br>    Defendant. | 2:19-cv-13765-KM-JBC<br><br>Honorable Kevin McNulty, U.S.D.J.<br>Motion Day: January 21, 2020<br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

**PLEASE TAKE NOTICE** that plaintiff Joseph Rozwood and defendant ADP, LLC, incorrectly named here as ADP, Inc., shall move jointly, by and through their undersigned attorneys, before the Honorable Kevin McNulty, U.S.D.J., of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on January 21, 2020, at 10:00 a.m., or as soon thereafter as the Court may schedule, for an order approving the settlement of plaintiff's individual claim for violations of the Fair Labor Standards Act in the above-captioned action.

**PLEASE FURTHER TAKE NOTICE** that, in support of this joint motion, the parties shall rely upon the accompanying Memorandum of Law and copy of the parties' proposed Settlement Agreement with Mutual Releases.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated:   December 23, 2019

| ANAPOL WEISS | KELLEY DRYE & WARREN LLP |
|---|---|
| By:   /s/ Thomas Anapol         | By:   /s/ William S. Gyves         |
| Thomas Anapol | William S. Gyves |
| 1040 N. Kings Highway, Suite 304 | Robert N. Ward |
| Cherry Hill, New Jersey 08034 | One Jefferson Road |
| Tel: (215) 735-1130 | Parsippany, New Jersey 07054 |
| Fax: (215) 875-7707 | Tel: (973) 503-5900 |
| tanapol@anapolweiss.com | Fax: (973) 503-5950 |
| | wgyves@kelleydrye.com |
| Jacob R. Rusch | rward@kelleydrye.com |
| (Admitted pro hac vice) | *Attorneys for Defendant* |
| JOHNSON BECKER, PLLC | |
| 444 Cedar Street, Suite 1800 | |
| Saint Paul, Minnesota 55101 | |
| Tel: (612) 436-1838 | |
| Fax: (612) 436-1801 | |
| jrusch@johnsonbecker.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Joint Motion for Approval of FLSA Settlement, along with the supporting Memorandum of Law and copy of the parties' proposed Settlement Agreement with Mutual Releases, were served on this date upon all counsel of record via electronic filing and email to:

Thomas Anapol, Esq.
1040 N. Kings Highway, Suite 304
Cherry Hill, New Jersey 08034
Tel: (215) 735-1130
Fax: (215) 875-7707
tanapol@anapolweiss.com

Jacob R. Rusch, Esq.
(Admitted pro hac vice)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Tel: (612) 436-1838
Fax: (612) 436-1801
jrusch@johnsonbecker.com
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 23, 2019

_____
Robert N. Ward