UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH ROZWOOD, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>ADP, INC.,<br><br>Defendant. | 2:19-cv-13765-KM-JBC<br><br>60-day<br>[PROPOSED] ORDER<br>**APPROVING FLSA SETTLEMENT** |

**THIS MATTER** having come before the Court, upon the joint motion (DE 25) of the parties for an Order approving the settlement of plaintiff's individual claim for violations of the Fair Labor Standards Act in the above-captioned action, and the Court having reviewed the submissions of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the joint motion is **GRANTED** and the parties' settlement agreement is **APPROVED**;

**IT IS FURTHER ORDERED** that this action is hereby administratively terminated;

**IT IS FURTHER ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure;

**IT IS FURTHER ORDERED** that within 60 days after entry of this

Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened;

**IT IS FURTHER ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the aforementioned 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

Dated: 1/10/2020

SO ORDERED:

_____
Honorable Kevin McNulty, U.S.D.J.