## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH ROZWOOD, individually and on behalf of all similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ADP, INC.,<br><br>　　　　　　Defendant. | 2:19-cv-13765-KM-JBC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Joseph Rozwood hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to his individual claims and without prejudice as to the putative class claims.

Dated:  April 9, 2020

Respectfully submitted,

_/s/ Thomas Anapol_

Thomas Anapol, Esq.
ANAPOL WEISS
1040 N. Kings Highway, Suite 304
Cherry Hill, NJ 08034
Telephone: (215) 735-1130
Fax: (215) 875-7707
tanapol@anapolweiss.com
Local Counsel for Plaintiff

Jacob R. Rusch (MN Bar No. 391892)*
*Pro Hac Admitted
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com
Trial Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2020, a copy of the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: April 9, 2020                                          By: /s/_____